# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                    Case No. 12−32846
                                                         Chapter 13
Kenneth McGregor

    Debtor

## CORRECTED NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held

on May 19, 2016 at 09:00 AM

to consider and act upon the following:

*48* − Motion for Relief from Stay AND REQUEST FOR TELEPHONIC HEARING. Fee Amount $176 filed by Janna L Ifshin on behalf of DLJ Mortgage Capital, Inc.. (Attachments: # 1 NOTE # 2 MORTGAGE) (Ifshin, Janna)

The automatic stay shall remain in effect until final disposition of this motion.

---

Each party desiring to be heard MUST CALL TeleConference Services at least 5 minutes prior to the commencement of court.

        PHONE: **1−888−431−3632 Participant Code: 361328**
        CONFERENCE HOST: Jackie McLain

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

    − Mute your telephone as applicable until your case is called
    − Do not place the phone on hold during the call as many companies utilize background music

    If you cannot mute your phone:
    − Do not conduct work such as paper shuffling or keyboard typing
    − Do not address the court until you are called upon
    − Remain silent while waiting
    − Refrain from making unnecessary noise
    − Turn off electronics that broadcast sound − television, radio
    − Follow conference coordinator instructions as provided

Cases are called in the order determined by the court. Your case will be called as soon as possible.

    Dated: April 29, 2016

*Juan−Carl Guerro* (signature)

    Juan−Carlos Guerrero

Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Middle District of Alabama

In re:  
Kenneth McGregor  
      Debtor

Case No. 12-32846-DHW  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1127-2     User: jmclain     Page 1 of 1     Date Rcvd: Apr 29, 2016  
                       Form ID: nhATT888     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2016.  
db            +Kenneth McGregor,    505 Glade Park Loop,    Montgomery, AL 36109-1811  
3411031       +DLJ MORTGAGE CAPITAL, INC.,    SELENE FINANCE LP,    9990 RICHMOND AVE. SUITE 400S,    HOUSTON, TX 77042-8500  
3283983       +DLJ Mortgage Capital, Inc.,    Serviced by Select Portfolio Servicing,,    3815 South West Temple,    Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2016 at the address(es) listed below:  
          Bankruptcy Administrator    ba@almb.uscourts.gov  
          Curtis C. Reding    trustees_office@ch13mdal.com  
          Enslen Crowe    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC bankruptcy@sirote.com  
          Janna L Ifshin    on behalf of Creditor    SELENE FINANCE, LP bankruptcy@sirote.com  
          Janna L Ifshin    on behalf of Creditor    DLJ Mortgage Capital, Inc. bankruptcy@sirote.com  
          Richard D. Shinbaum    on behalf of Debtor Kenneth McGregor rshinbaum@smclegal.com, smclegalecf@gmail.com  
                                                                                                                    TOTAL: 6